ACCEPTED
03-14-00801-CV
5493158
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/1/2015 2:39:45 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-14-00801-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/1/2015 2:39:45 PM
JEFFREY D. KYLE
~~Clerk~~

**THE UNIVERSITY OF TEXAS SYSTEM and
THE UNIVERSITY OF TEXAS AT DALLAS**
*Appellants*,

**v.**

**KEN PAXTON, ATTORNEY GENERAL OF TEXAS,**
*Appellee*.

On Appeal from the 261st District Court of Travis County, Texas
The Honorable Stephen Yelenosky, Presiding

### APPELLEE'S MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellee, Ken Paxton, Attorney General of Texas, files this unopposed motion requesting this Court to extend the time for filing Appellee's brief by 7 days to June 9, 2015.

**A.    Current Deadline**.

The current deadline for filing the response is June 2, 2015.

**B.    Length of Extension Sought for Filing the Response.**

Respondent seeks an additional 7 days from June 2, 2015 through and including June 9, 2015.

**C.** **Number of Previous Extensions Granted**.

None. Appellee did sign a motion to modify the scheduling order previously, but that order only moved Appellee's deadline, it did not provide extra time for Appellee to respond to Appellant's brief.

**D.** **Facts Explaining the Needed Extension.**

Respondent's counsel requests this extension in light of some previously scheduled deadlines and events in the month of May.

This extension is not being sought for purposes of delay, but rather to provide undersigned counsel the time to fully respond to Appellant's brief. Neither counsel for the University of Texas System and the University of Texas at Dallas nor Marilyn Cameron, appearing pro se, are opposed to this extension. Accordingly, Appellee Ken Paxton asks that this Motion be granted and that he be given until June 9, 2015, to file his brief in this case.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

BRANTLY STARR
Deputy Attorney General for Legal Counsel

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

2

/s/ Kimberly L. Fuchs
KIMBERLY L. FUCHS
State Bar No. 24044140
Chief, Open Records Litigation
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone:  (512) 475-4195
Facsimile:    (512) 320-0167
kimberly.fuchs@texasattorneygeneral.gov

ATTORNEYS FOR APPELLEE KEN PAXTON,
ATTORNEY GENERAL OF TEXAS

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Appellee conferred with counsel for the University of Texas System and the University of Texas at Dallas and Marilyn Cameron and was advised that they were unopposed to this motion as stated herein.

/s/ Kimberly Fuchs
KIMBERLY FUCHS

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Appellee's First Unopposed Motion for Extension of Time has been served on June 1, 2015, on the following parties via electronic service and e-mail:

H. MELISSA MATHER
State Bar No. 240102216
Assistant Attorney General
Financial and Tax Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711-2548
Telephone:     (512) 475-4540
Facsimile:     (512) 477-2348
Melissa.mather@texasattorneygeneral.gov

ATTORNEY FOR APPELLANTS

MARILYN CAMERON
18222 Outback Lakes Trail
Humble, Texas 77346
Telephone:   (713) 320-4092
mizcameron@yahoo.co

INTERVENOR, *PRO SE*

4